IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAHEEM A.B. BROWN,                :
AIS #254938,                      :
    Plaintiff,             :
                                  :
vs.                               :       CIVIL ACTION 13-638-WS-M
                                  :
BRANDON CARROLL, *et al.*,        :
    Defendants.            :
                                  :

ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendants Brandon Carroll and Jeremiah Bullard's Motion for Summary Judgment be and is **GRANTED**, and that all claims asserted against them by Plaintiff be dismissed with prejudice.

DONE this 17th day of September, 2014.

                                        s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE