IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAHEEM A.B. BROWN,                :
AIS #254938,                      :
    Plaintiff,                    :
                                  :
vs.                               :     CIVIL ACTION 13-638-WS-M
                                  :
BRANDON CARROLL, *et al.*,        :
    Defendants.                   :
                                  :

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** on all claims be entered in favor of Defendants, and against Plaintiff.

DONE this 17th day of September, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE